

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00185-CR

| | | |
|---|---|---|
| Alex Javar Willis | § | From Criminal District Court No. 4 |
| | § | of Tarrant County (1334131D) |
| v. | § | July 17, 2014 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM